

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMN:CMP/AMC
F.#2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

May 9, 2012

**<u>VIA ECF</u>**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

  Re:  <u>United States v. Robert Dziedziach, 08 CR 707 (NG)</u>

Dear Judge Gershon:

  The government respectfully submits this letter requesting a brief adjournment of the sentencing of defendant Robert Dziedziach, which is currently scheduled for June 13, 2012 at 11:30 a.m.  The Second Circuit has scheduled oral argument for the appeal of co-defendant Jozef Wolosz for the same morning, and thus the government respectfully requests an adjournment to the following week.  The Court's deputy has advised that June 20, 2012 at 3:30 pm would be convenient for the Court.  Counsel for the defendant consents to this request and has agreed to the proposed new date.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

   By:  <u>  /s/ Cristina M. Posa  </u>
      Cristina M. Posa
      Anthony Capozzolo
      Assistant U.S. Attorneys
      (718) 254-6668/6454